389 A.2d 188

Koshko v. Bunkley, Appellant.

Argued June 17, 1977.

Tom Irvin Gill, with him Gill, Lederer, Rayback & Price, for appellant; John W. Blasko, with him McQuaide, Blasko & Brown, for appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 188

McDanel v. McDanel, Appellant.

Submitted November 17, 1975.   Richard A. Leuthold, for appellant; H. Robert Hampson, for appellee.

Decree affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.